IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535, a/k/a/ RONALD SATISH EMRIT, a/k/a PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897 d/b/a UNITED EMRITS OF AMERICA, § § § § § § § § § | § § § § § § § CIVIL ACTION NO. 9:25-CV-114-MJT |
| *Plaintiff*, | |
| v. | |
| WORLD INTELLECTUAL PROPERTY ORGANIZATION (WIPO), WORLD BANK, INTERNATIONAL MONETARY FUND (IMF), EUROPEAN UNION, and EUROPEAN ECONOMIC COMMUNITY (EEC), | |
| *Defendants*. | |

**ORDER ADOPTING THE REPORT
AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Presidential Candidate Number P60005535, also known as Ronald Satish Emrit, proceeding *pro se*, filed a lawsuit against the World Intellectual Property Organization, World Bank, International Monetary Fund, European Union, and European Economic Community. [Dkt. 1]. The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On June 12, 2025, the magistrate judge issued a Report and Recommendation [Dkt. 4] advising the Court to: (1) dismiss the case without prejudice for a

lack of subject matter jurisdiction, as well as for the magistrate judge's finding that Plaintiff's complaint is frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B); (2) denial of leave to amend because of the jurisdictional divesture; and (3) denial of Plaintiff's pending Motion to Proceed *In Forma Pauperis* [Dkt. 2] because of the complaint's frivolous and malicious nature. Objections to the report were due by July 1, 2025. FED. R. CIV. P. 6(d), 72(b)(2). To date, no objections to the report have been filed.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 4] is ADOPTED. Plaintiff Ronald Satish Emrit's Motion to Proceed *In Forma Pauperis* [Dkt. 2] is DENIED as frivolous and malicious. Plaintiff Ronald Satish Emrit's claims are DISMISSED WITHOUT PREJUDICE in their entirety.

**SIGNED this 10th day of July, 2025.**

Michael J. Truncale
United States District Judge